IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 23 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM FOSTER<br>Individually and on behalf of all<br>others similarly situated | § § § § | |
| Plaintiffs, | § § § | |
| VS. | § § § | CIVIL ACTION NO. B-02-196 |
| CHECK ALERT SYSTEMS, INC. | § § § | |
| Defendant. | § | JURY DEMANDED |

**CERTIFICATE OF FINANCIALLY INTERESTED PARTIES**

Pursuant to the October 11, 2002, Order of the Court, Plaintiff hereby lists all persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation, as such are known to Plaintiff or his counsel as of this date:

Plaintiff:  William Foster

Absent Class Members

Defendant: Check Alert Systems, Inc.

In addition to the parties, counsel for plaintiffs may be considered financially interested and are therefore disclosed by firm. Counsel for defendant may be considered financially interested but are not disclosed at this time as they are not yet known.

Law Office of Stephen Gardner, P.C.

Law Offices of John Ventura, P.C.

DATED: October 23, 2002        RESPECTFULLY SUBMITTED,
                               LAW OFFICES OF JOHN VENTURA, P.C.

                               By: _____
                                   John Ventura
                                   Federal ID No. 1646
                                   Texas Bar No. 20545700
                                   Conrad Bodden
                                   Federal ID No. 21003
                                   Texas Bar No. 00796220
                                   Daniel Whitworth
                                   Federal ID No. 23119
                                   Texas Bar No. 24008275
                                   Law Offices of John Ventura, PC
                                   62 East Price Road
                                   Brownsville, Texas 78521
                                   Telephone:   956-546-9398
                                   Telecopier:  956-542-1478
                                   Counsel for Plaintiffs and the Class

                                   Stephen Gardner
                                   Federal ID No. 16111
                                   Texas Bar No. 07660600
                                   Law Office of Stephen Gardner, PC
                                   1845 Woodall Rodgers Freeway, Suite 1750
                                   Dallas, Texas 75201
                                   Telephone:   214-954-0663
                                   Telecopier:  214-871-8957
                                   Counsel for Plaintiffs and the Class

### Certificate of Service

I certify that a true and correct copy of this document was served on all parties in compliance with Rule 5 of the Federal Rules of Civil Procedure, on October 23, 2002 to:
Certified Mail R.R.R.  7002 0460 0000 6426 8120
Check Alert Systems Inc.
c/o President, Daire Rendon
7597 Mackinaw Trail, Suite C
Cadillac, Michigan 49601

                                   By: _____
                                       John Ventura