DAse Remdo                                                            CA-B-02-196  4

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE October 19, 2002 |
| NAME OF SERVER (PRINT) John Ventura | TITLE Attorney |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: certified return receipt requested at place of business: 7597 Mackinaw Trail Ste C, Cadillac MI 49601

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED

OCT 3 1 2002

Michael N. Milby
Clerk of Court

☑ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 31, 2002    _John Ventura_
           Date                  Signature of Server

62 E. Price Rd, Brownsville Tx. 78521
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

☐ AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of Texas

WILLIAM FOSTER

V.

CHECK ALERT SYSTEMS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **B-02-196**

TO: (Name and address of Defendant)

DAIRE RENDON, PRESIDENT
7597 MACKINAW TRAIL, STE. C
CADILLAC MICHIGAN 49601

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ATTN: JOHN VENTURA
LAW OFFICES OF JOHN VENTURA, P.C.
62 E PRICE RD
BROWNSVILLE TEXAS 78521

an answer to the complaint which is herewith served upon you, within __30__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby 10-11-02
CLERK DATE

_[signature]_
(By) DEPUTY CLERK

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Daine Rendon, President
   7597 Mathews Trail
   Ste. C
   Cadillac Michigan
   49601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X D. Beildeny
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
   D. Beildeny                      10-28-02

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☒ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7002 0460 0000 6426 8670

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509