IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 9 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM FOSTER, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. B-02-196 |
| vs.. | § § § | |
| CHECK ALERT SYSTEMS, INC. | § § | |
| Defendant | § | |

### DEFENDANT, CHECK ALERT SYSTEMS, INC.'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Check Alert Systems, Inc. and respectfully files this its Certificate of Financially Interested Parties.

1. William Foster, Individually and on behalf of all others similarly situated
   *Plaintiff*

2. Stephen Gardner
   Law Office of Stephen Gardner, PC
   1845 Woodall Rodgers Freeway, Ste. 1750
   Dallas, Texas 75201

   John Ventura
   Conrad Bodden
   Daniel Whitworth
   Law Offices of John Ventura, P.C.
   62 E. Price Road
   Brownsville, Texas 78521
   *Attorneys for Plaintiff and the Class*

3. Check Alert Systems, Inc.
   *Defendant*

4.  Keith Wier
    Daw & Ray, P.C.
    5718 Westheimer, Suite 1750
    Houston, Texas 77057
    *Attorneys for Defendant*

                                            Respectfully submitted,

                                            DAW & RAY
                                            A Professional Corporation

                                            By: _____
                                                KEITH WIER
                                            State Bar No. 21436100
                                            5718 Westheimer, Suite 1750
                                            Houston, Texas 77057
                                            (713) 266-3121
                                            (713) 266-3188 Facsimile

                                            ATTORNEYS FOR DEFENDANT,
                                            CHECK ALERT SYSTEMS, INC.

## CERTIFICATE OF SERVICE

    I hereby certify that on this _____ day of November, 2002, a true and correct copy of the above was mailed and/or faxed in accordance with the Federal Rules of Civil Procedure.

Stephen Gardner
Law Office of Stephen Gardner, PC
1845 Woodall Rodgers Freeway, Ste. 1750
Dallas, Texas 75201

John Ventura
Conrad Bodden
Daniel Whitworth
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521

                                                _____
                                                Keith Wier