

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM FOSTER<br>Individually and on behalf of all<br>others similarly situated | § § § § | |
| Plaintiffs, | § § § | |
| VS. | § § § § | CIVIL ACTION NO. B-02-196 |
| CHECK ALERT SYSTEMS, INC. | § § § | |
| Defendant. | § | JURY DEMANDED |

### PLAINTIFF'S RULE 26(A)(1) DISCLOSURE

TO:   Defendant, Check Alert Systems, Inc., through its attorney, Keith Wier, 5718 Westheimer, Ste. 1750, Houston Texas 77057.

William Foster, makes these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1).

### A. Individuals with Discoverable Information

1.   The name, address (home), and telephone number (home) of individuals likely to have discoverable information that Plaintiff may use to support his claims or defense. Plaintiff does not waive his right to supplement this list with additional persons/entities as discovery progresses.

    a.   William Foster
        P O Box 8713
        Brownsville, Texas 78521     (956) 550-8742

        Subject of Knowledge:     Plaintiff in lawsuit

b.  Defendant, Check Alert Systems, Inc. and its agents and employees

Subject of Knowledge:   Defendant's debt collection practices and policies.

## B. Relevant Documents & Tangible Things

2. The following is a list of documents, data compilations, and tangible things in Plaintiff's possession, custody or control, described by category and location, that Plaintiff may use to support his claims or defenses. Copies are being provided to Defendant.

Exhibit 1. Defendant's letter to Plaintiff dated May 24, 2002.

## C. Information Related to Calculation of Damages

3. These amounts are still being determined and will be supplemented.

## D. Insurance

4. Not applicable.

DATED: January 21, 2003

RESPECTFULLY SUBMITTED,
LAW OFFICES OF JOHN VENTURA, P.C.

By: _____
John Ventura
Federal ID No.1646
Texas Bar No. 20545700
Law Offices of John Ventura, PC
62 East Price Road
Brownsville, Texas 78521
Telephone:   956-546-9398
Telecopier:   956-542-1478
Counsel for Plaintiffs and the Class

        Stephen Gardner
        Federal ID No. 16111
        Texas Bar No. 07660600
        Law Office of Stephen Gardner, PC
        1845 Woodall Rodgers Freeway, Suite 1750
        Dallas, Texas 75201
        Telephone:   214-954-0663
        Telecopier:   214-871-8957
        Counsel for Plaintiffs and the Class

## CERTIFICATE OF SERVICE

I hereby certify that on this January 21, 2003, a true and correct copy of the foregoing Plaintiff's Rule 26(a)(1) Disclosures was delivered by regular, Certified Mail R.R.R. First Class, U.S. Mail to the following:

**Certified Mail R.R.R.   7002 0460 0000 6426 7406**
**to Defendant:**
Check Alert Systems Inc.
c/o Keith Wier
5718 Westheimer, Ste. 1750
Houston Texas 77057

_/s/ Johhn Ventura_
Johhn Ventura

# Check Alert
## SYSTEMS, INC.

PO Box 808
Cadillac MI 49601-0808
RETURN SERVICE REQUESTED

*Telephone Number (231) 775-3473*

May 24, 2002

CHECK ALERT SYSTEMS INC
PO Box 808
Cadillac MI 49601-0808

05/24/2002-D7   170083   23295
William L Foster
PO Box 8713
Brownsville TX 78526-8713

Debtor ID # 321590
Total Amount Due: $69.62

| Past Due Balance |
|---|

*\*\*\*Detach Upper Portion And Return With Payment\*\*\**

| Merchant(s): | Account #: | Chk Amt: | Ser Charge: | Total Amount: |
|---|---|---|---|---|
| Martin's Supermarket/Nil | 321590 | $34.62 | $35.00 | $69.62 |

Total Due: 69.62

## >>>>> NO OTHER WAY TO CONTACT YOU! <<<<<

Check Alert Systems, Inc. has made several attempts to contact you, telephone, or by written notice.

WE ARE ATTEMPTING TO HELP YOU BEFORE THIS DISHONORED CHECK IS RECOMMENDED FOR FURTHER COLLECTION EFFORTS."

We have advised you that under State Law, the intentional writing of bad checks can be grounds for **CRIMINAL CHARGES.**

### AVOID FURTHER ACTION AND PROTECT YOUR CHECKWRITING PRIVILEGES

You can stop any further action being taken by remitting the above amount IN FULL to Check Alert Systems, PO Box 808, Cadillac, MI 49601. MAKE YOUR PAYMENT BY CERTIFIED CASHIER'S CHECK OR MONEY ORDER. Checks received as payment will be electronically deposited.

This communication is from a collection agency. This is an attempt to collect a debt and all information obtained will be used for that purpose.

3RDCLRT10D7

EXHIBIT 7

CHECK ALERT SYSTEMS, INC. • 7597 S Mackinaw Trail Suite C • Cadillac MI 49601 • (800) 968-2282