LAW OFFICES OF
# STEPHEN GARDNER

January 22, 2003

Michael N. Milby
United States District Clerk
600 E. Harrison Street, Rm # 1217
Brownsville, Texas 78520

          **Re: William Foster, Individually and on behalf of all others similarly situated v. Check Alert Systems, Inc.; Cause No. B-02-196**

To the Clerk:

    For purposes of scheduling and other matters, please be advised that I will be on family vacations from March 8-15 and June 14-28, 2003.

    Counsel for the parties have been served by copy of this letter.

    Thank you for your courtesies.

                              Sincerely,

                              Stephen Gardner

Cc:    John Ventura
        Conrad Bodden
        Daniel Whitworth
        Keith Wier