THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

SCHEDULING CONFERENCE

CIVIL ACTION NO. B-02-196    DATE & TIME 1/31/03 @ 1:40 - 1:51 pm

WILLIAM NMN FOSTER            PLAINTIFF'S STEVE GARDNER
                              COUNSEL
VS

CHECK ALERT SYSTEMS, INC.     DEFENDANTS' MARK LESTER
                              COUNSEL

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              D. Figueroa

Steve Gardner appeared for the Plaintiff. Mark Lester appeared for the Defendant. All parties announced present and ready.

Parties agree to file class certification motion by 9/1/03.

Court orders all discovery be done at once.

Court adopts case management plan that was jointly submitted by the parties.