IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED / Filed

FEB 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| WILLIAM FOSTER,<br>Individually and on behalf of all<br>others similarly situated,<br><br>Plaintiffs,<br><br>vs..<br><br>CHECK ALERT SYSTEMS, INC.<br><br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-196 |

## DEFENDANT'S NOTICE OF INITIAL DISCLOSURES

TO:  Plaintiff, William Foster, Individually and on behalf of all others similarly situated, by and through his attorney of record, Stephen Gardner, Law Office of Stephen Gardner, PC 1845 Woodall Rodgers Freeway, Ste. 1750, Dallas, Texas 75201

**DEFENDANT, CHECK ALERT SYSTEMS, INC.,** makes these initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1). This notice has been served on Plaintiffs with disclosures attached thereto.

Dated: February 4, 2003.



Respectfully submitted,

DAW & RAY
A Professional Corporation

By: _____
Keith Wier
State Bar No. 21436100
5718 Westheimer, Suite 1750
Houston, Texas 77057
(713) 266-3121
(713) 266-3188 Facsimile

ATTORNEYS FOR DEFENDANT,
CHECK ALERT SYSTEMS, INC.

## CERTIFICATE OF SERVICE

     I hereby certify that on this 4th day of February, 2003, a true and correct copy of the above was mailed and/or faxed in accordance with the Federal Rules of Civil Procedure.

Stephen Gardner
Law Office of Stephen Gardner, PC
1845 Woodall Rodgers Freeway, Ste. 1750
Dallas, Texas 75201

John Ventura
Conrad Bodden
Daniel Whitworth
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521

_____
Keith Wier

## DEFENDANT'S INITIAL DISCLOSURE

A. The name, and if known, the address and telephone number of each individual likely to have information that bears significantly on any claim or defense, identifying the subject of the information:

| **Name** | **Telephone / Address** |
|---|---|
| William Foster<br>Individually and on behalf of<br>all others similarly situated<br>*Plaintiff* | By and through his attorney of record<br>Stephen Gardner<br>Law Office of Stephen Gardner, PC<br>1845 Woodall Rodgers Freeway, Ste. 1750<br>Dallas, Texas 75201<br>(214) 954-0663<br>(214) 871-8957 Fax |
| Check Alert Systems, Inc.<br>*Defendant* | By and through their attorney of record, Keith Wier<br>Daw & Ray, P.C.<br>Coastal Banc Plaza<br>5718 Westheimer, Suite 1750<br>Houston, Texas 77057<br>(713) 266-3121<br>(713) 266-3188 Fax |

B. Copies of documents which are likely to bear significantly on any claim or defense are described in the attached Exhibit "A."

C. Calculation of Damages: Defendant asserts as privileged from disclosure documents which (1) constitute communications between Defendant and their counsel when such documents were generated for the purposes of facilitating the delivery of professional services, (2) were prepared in anticipation of the claims asserted hereby Plaintiffs, or (3) are otherwise privileged or exempt from discovery under the Federal Rules of Civil Procedure. Plaintiffs claim damages of an unspecified amount at this time.

D. Policy of Insurance: Defendants have requested any applicable insurance policies purporting to provide coverage with regard to the claims made in this matter and will provide once received.

## EXHIBIT "A"

LIST OF DOCUMENTS OF CHECK ALERT SYSTEMS, INC.:

1. Debtor account Inquiry/Update

2. Debtor History

3. Correspondence between Plaintiffs and Defendant (if any)

4. Insurance Policy for Defendant (to be produced once received)