IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 29 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| WILLIAM FOSTER | § | |
| Individually and on behalf of all | § | |
| others similarly situated | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-196 |
| VS. | § | |
| | § | |
| | § | |
| CHECK ALERT SYSTEMS, INC. | § | |
| Defendant. | § | |

## AGREED MOTION TO ABATE RULE 26 DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, William Foster, and Defendant, Check Alert Systems, Inc., and file this Agreed Motion to Abate Rule 26 Deadlines, and as cause would show the Court as follows:

1. Plaintiff filed suit against Check Alert Systems, Inc., in federal court in Brownsville, Texas on October 11, 2002.

2. The parties agreed the Plaintiff would file a motion for class certification on or before September 1, 2003 in the Joint Discovery/Case Management Plan under Rule 26(f) an submitted to the court on January 17, 2003.

3. As the parties are working on settlement terms for this matter through negotiations and anticipate this matter may be resolved within 45 days, the parties request that all Rule 26 deadlines be abated while efforts to resolve this matter are continuing.

4. The parties agree to notify the court of the status of negotiations in 30 days prior to any further action being taken.

5. This motion is being filed not for the purpose of delay, but so that justice may be served. The parties will not be prejudiced by this motion.

WHEREFORE, PREMISES CONSIDERED, the parties request that the Court enter an order abating all court ordered deadlines for 30 days.

Dated: August 29, 2003

RESPECTFULLY SUBMITTED,
LAW OFFICES OF JOHN VENTURA, P.C.

By: _____
Richard A. Mlynek
Federal ID No. 23125
Texas Bar No. 24007689
John Ventura
Federal ID No. 1646
Texas Bar No. 20545700
62 East Price Road
Brownsville, Texas 78521
Telephone:   956-546-9398
Telecopier:   956-542-1478
Counsel for Plaintiffs and the Class

Stephen Gardner
Federal ID No. 16111
Texas Bar No. 07660600
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Suite 560
Dallas, Texas 75206
Telephone:   214-800-2830
Telecopier:   214-800-2834
Counsel for Plaintiffs and the Class

## CERTIFICATE OF CONFERENCE

Plaintiff's counsel, Stephen Gardner, conferred with Keith Weir, counsel for Defendant, who advised that the parties are in agreement to Abate Rule 26 Deadlines. Mr. Wier was unable to confer on this motion as he was out of the office this afternoon.

_____
Richard A. Mlynek

## CERTIFICATE OF SERVICE

I, hereby certify that on August 29, 2003, a true and correct copy of the foregoing motion was served on Defendant, by certified mail return receipt request to:

William Keith Wier
Daw & Ray
5718 Westheimer Ste. 1750
Houston Texas 77057

_____
Richard A. Mlynek

IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM FOSTER<br>Individually and on behalf of all<br>others similarly situated<br>    Plaintiff,<br><br>VS.<br><br><br>CHECK ALERT SYSTEMS, INC.<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-02-196 |

## AGREED ORDER ABATING RULE 26 DEADLINES

The Court has considered the Agreed Motion to Abate Rule 26 Deadlines, and all parties having agreed to abate the court ordered deadlines, and finds that such motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that all court ordered deadlines are hereby abated until _____, 2003. It is further

ORDERED, ADJUDGED, and DECREED, that parties will advise the court of the status of negotiations on or before October 3, 2003.

Signed on: _____, 2003

                                                    _____
                                                    Andrew S. Hanen
                                                    United States District Judge