IN THE UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM FOSTER | § | |
| Individually and on behalf of all | § | |
| others similarly situated | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. B-02-196 |
| VS. | § | |
| | § | |
| | § | |
| CHECK ALERT SYSTEMS, INC. | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED
SEP 0 5 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

## AGREED ORDER ABATING RULE 26 DEADLINES

The Court has considered the Agreed Motion to Abate Rule 26 Deadlines, and all parties having agreed to abate the court ordered deadlines, and finds that such motion has merit. Therefore, it is

ORDERED, ADJUDGED, and DECREED, that all court ordered deadlines are hereby abated until October 4, 2003. It is further

ORDERED, ADJUDGED, and DECREED, that parties will advise the court of the status of negotiations on or before October 3, 2003.

Signed on: September 4, 2003

Andrew S. Hanen
United States District Judge