United States District Court
Southern District of Texas
FILED

OCT 0 2 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM FOSTER<br>Individually and on behalf of all<br>others similarly situated | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | CIVIL ACTION NO. B-02-196 |
| CHECK ALERT SYSTEMS, INC. | § § § | |
| Defendant. | § | JURY DEMANDED |

**Status Report on Settlement Negotiations**

The parties provide this report to advise the Court of the status of their settlement negotiations, as required by the Agreed Order Abating Rule 26 Deadlines signed on September 4, 2003.

Although the parties have made significant progress, they have not yet reached settlement terms. Because the parties are optimistic that settlement can be achieved, they ask the Court to allow them an additional two weeks, until October 19, 2003, at which time the parties will advise the Court that either (1) they have reached agreement and the case should be abated pending submission of settlement documents or (2) they have not reached agreement and the Rule 26 Deadlines should be reinstated.

**Status Report on Settlement Negotiations, page 1**

Respectfully submitted,

John Ventura
Federal ID No.1646
Texas Bar No. 20545700
Law Offices of John Ventura, PC
62 East Price Road
Brownsville, Texas 78521
Telephone:   956-546-9398
Telecopier:   956-542-1478

Stephen Gardner
Federal ID No. 16111
Texas Bar No. 07660600
Law Office of Stephen Gardner, PC
6060 North Central Expy., Ste. 560
Dallas, Texas 75206
214/800-2830 (voice)
214/800-2834 (fax)

Counsel for Plaintiff and the Class
By: _____
Stephen Gardner - John Ventura

Keith Wier
Daw & Ray
Federal ID No. 7930
Texas Bar No. 21436100
Coastal Bank Plaza
5718 Westheimer, Ste. 1750
Houston, TX 77057
713/266-3121 (voice)
713/266-3188 (fax)

Counsel for Defendant
By: _____
Keith Wier

**Status Report on Settlement Negotiations**, page 2