IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM FOSTER,<br>    Individually and on behalf of all<br>    others similarly situated,<br><br>    Plaintiffs,<br><br>vs..<br><br>CHECK ALERT SYSTEMS, INC.<br><br>    Defendant | §§§§§§§§§§§ | CIVIL ACTION NO. B-02-196 |

United States District Court
Southern District of Texas
ENTERED

OCT 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## AGREED ORDER

**CAME ON** for consideration the parties' Status Report on Settlement Negotiations. The Court having considered said Status Report, is of the opinion that said Status Report is good and shall be granted. It is therefore,

GRANTED, that the parties be allowed until October 24, 2003 to advise the Court that either (1) they have reached an agreement and the case should be abated pending submission of settlement documents or (2) they have not reached an agreement and the Rule 26 deadlines should be reinstated.

Signed this  10th  day of  October , 2003.

_____
JUDGE PRESIDING


**AGREED TO:**

LAW OFFICES OF JOHN VENTURA, P.C.

By: *[signature]*
John Ventura
Texas Bar No. 20545700
Federal ID No. 1646
62 E. Price Rd.
Brownsville, Texas 78521

Stephen Gardner
Texas Bar No. 07660600
Federal ID No. 16111
Law Office of Stephen Gardner, P.C.
6060 North Central Expy., Ste. 560
Dallas, Texas 75206

Attorneys for Plaintiffs

DAW & RAY

By: *[signature]*
Keith Wier
Texas Bar No. 21436100
Federal ID No. 7930
Coastal Bank Plaza
5718 Westheimer, Ste. 1750
Houston, Texas 77057

Attorney for Defendant