IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **William Foster,** Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action B-02-196 |
| **Check Alert Systems, Inc.** | § § | Jury Demanded |
| Defendant. | § § | |

United States District Court
Southern District of Texas

OCT 2 4 2003

Michael N. Milby
Clerk of Court

## Joint Report on Settlement Negotiations

**To the Honorable Judge of the Court:**

Plaintiff William Foster and Defendant Check Alert Systems, Inc., as directed by the October 10, 2003, Agreed Order file this report to advise the Court that they have not reached agreement on settlement and the Rule 26 deadlines should be reinstated.

Respectfully submitted,

John Ventura
Federal ID No. 1646
Texas State Bar Number 20545700
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521
Telephone:   956/546-9398
Telecopier:   956/542-1478

Stephen Gardner
Federal ID No. 16111
Texas State Bar Number 07660600
Law Office of Stephen Gardner, PC
1845 Woodall Rodgers Freeway, Suite 1750
Dallas, Texas 75201
Telephone:   214/954-0663
Telecopier:   214/871-8957

By: _____
Stephen Gardner

Joint Report on Settlement Negotiations, Page 1

Keith Wier
Federal ID No. 7930
Texas State Bar No. 21436100
Day & Ray
5718 Westheimer, Suite 1750
Houston, Texas 77057
Telephone: 713/266-3121
Telecopier: 713/266-3188
By: /s/ Keith Wier
Keith Wier