UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM FOSTER, Individually and on behalf of all others similarly situated | § § § | |
| VS. | § | CIVIL ACTION NO. B-02-196 |
| CHECK ALERT SYSTEMS, INC. | § § § | |

United States District Court
Southern District of Texas
ENTERED

NOV 0 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

The Court having suspended various deadlines at the joint request of the parties and having now been informed that negotiations have failed, at least for now, hereby reinstates Rule 26 deadlines. Due to the passage of time, the Court withdraws all prior deadlines and hereby orders:

1. December 19, 2003 - discovery regarding class issues to be complete;

2. January 16, 2004 - motion for class certification due;

3. March 6, 2004 - response to class certification due;

4. Oral argument on class certification will be scheduled by the court if needed;

5. March 6, 2004 through April 2, 2004 - any additional class discovery to be completed;

6. April 30, 2004 - all additional briefs due; and

7. Parties to file an agreed case management order thirty (30) days after court rules on class certification.

Signed this 4th day of November, 2003.

Andrew S. Hanen
United States District Judge