United States District Court
Southern District of Texas
FILED

MAR 0 4 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM FOSTER, Individually and on behalf of all others similarly situated, Plaintiffs, | § § § § § § § § § § | CIVIL ACTION NO. B-02-196 |
| vs. | | |
| CHECK ALERT SYSTEMS, INC. Defendant | | JURY DEMANDED |

### UNOPPOSED MOTION FOR EXTENSION OF DEFENDANT'S CLASS CERTIFICATION RESPONSE AND THE PARTIES' ADDITIONAL CLASS DISCOVERY DEADLINE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Check Alert Systems, Inc. ("Check Alert"), Defendant, hereby moves the Court to extend certain deadlines, and in support of such motion would respectfully show the following:

1. Counsel for the parties have been conferring regarding the settlement of this matter for some time. As such, the parties made certain stipulations concerning pending discovery, have continued to confer about the possibility of settlement, and have explored that possibility; however, the parties have not been able to resolve the dispute at this time. In fact, the parties continue to negotiate and hope to resolve this matter without further court intervention and unnecessary expense if it is possible.

2. Due to these ongoing settlement negotiations and the prospect of settlement, additional discovery was postponed in the interest of avoiding unnecessary expense and time and in the interest of conserving judicial and legal resources. Therefore, until recently, Defendant Check Alert had not

1

yet taken the deposition of the Plaintiff William Foster.

3. In fact, Plaintiff deposition was conducted on Thursday, February 26, 2004.

4. Despite the fact Plaintiff's deposition has been completed, Plaintiff's Counsel has indicated that he would like for this client to "read and sign" his deposition. Accordingly, Plaintiff will have an additional twenty (20) days to make any correction that may need to be made of his deposition testimony. In doing so, Plaintiff Counsel had agreed to expedite the "reading and signing" of the said deposition as quickly as possible for Defendant Check Alert to respond to Plaintiff's Motion for Class Certification. At this time, based on Plaintiff Counsel's belief, Defendant does not anticipate any material changes will be made to Plaintiff's deposition testimony. However, in an attempt to accommodate Defendant Check Alert, Plaintiff has agreed to the granting of an additional seven (7) day extension for Defendant Check Alert to respond to the pending class certification motion. In doing so, the parties have also agreed to a seven (7) day extension in the parties' additional class discovery deadline.

5. Due the parties' agreement, Defendant Clerk Alert and Plaintiff have encountered some problematic deadlines presented by the Order ("Order") entered on November 4, 2003, regarding the reinstatement of Rule 26 deadlines. According to the Order, Defendant Check Alert is required to file its response to Plaintiff's Motion for Class Certification by March 8, 2004[1], and the parties' deadline to complete additional class discovery, if any, is April 2, 2004. As outlined herein, the parties have agreed to extend Defendant Check Alert's time to respond to class certification and the parties' time to complete additional class discovery, if any, for an additional

---

[1] The Order states the deadlines for the response to class certification is due on Saturday, March 6, 2004; however, the actual due date is March 8, 2004 in accordance with the Federal Rules of Civil Procedure.

seven (7) days.

6. While the parties could meet the Court's deadlines, Defendant requests in the interest of justice an additional seven (7) days so that the parties may have the opportunity to conduct any meaningful discovery (even informally, as they are trying to do) regarding class certification, to respond to class certification, and to conduct additional discovery, if any, regarding the prospective class.

7. For these reasons, Defendant requests an additional seven (7) days for Defendant Check Alert to respond to class certification and for the parties to conduct additional class discovery, if any.

8. Plaintiff has no objection and is in agreement with these requests.

9. Defendant Check Alert now files this request for an extension of time for it to respond to class certification and for the parties to conduct additional class discovery, if any, because it has become aware of the need for additional time and before the deadline.

### B. Argument

10. The Court may grant a request for an extension for "cause shown with or without a motion or notice." *See* Fed. R. Civ. P. 6 (b).

11. Defendant requests an additional seven (7) days for it to respond to class certification and for the parties to conduct additional class discovery, if any. Thus, Defendant Check Alert files this motion for extension of certain deadlines so that these matter can be fully discovered and responded to without court intervention and in the interest of conserving judicial resources.

12. Defendant anticipates the filing of Defendant Check Alert's response to class

certification in this matter on or before March 15, 2004 and the parties' completion of additional class discovery, if any, on or before April 9, 2004.

13. The Court should grant this Agreed Motion for Extension of Defendant's Class Certification Response and the Parties' Additional Class Discovery Deadline ("Motion") because the Motion is made in good faith and without undue delay.

14. Further, the parties will not be unduly prejudiced by this Motion.

WHEREFORE, all premises considered, Defendant Check Alert respectfully requests the granting of an additional seven (7) days for Defendant Check Alert to respond to class certification, up to and including March 15, 2004, and for the parties to conduct additional class discovery, if any, up to and including April 9, 2004, in the instant case.

Respectfully submitted,
**DAW & RAY**
**A PROFESSIONAL CORPORATION**

_____
Keith Wier; TBN: 21436100
Tina Brumbelow; TBN: 24031890
Daw & Ray, P.C.
Coastal Banc Plaza
5718 Westheimer, Suite 1750
(713) 266-3121
Fax: (713) 266-3188

Attorneys for Defendant,
Check Alert Systems, Inc.

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing has been served on all parties or their attorneys of record by first class certified, return receipt requested mail, postage prepaid, on this, the 3rd day of March, 2004, addressed as follows:

Stephen Gardner, Esq.
Law Office of Stephen Gardner, PC         *Fax: 214-800-2834*
6060 North Central Expressway, Suite 560
Dallas, TX 75206

John Ventura
Conrad Bodden                              *Fax: (956) 542-1478*
Daniel Whitworth
Richard A. Mlynek
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521

_____
Tina Brumbelow

## CERTIFICATE OF CONFERENCE

This is to certify that the undersigned, has conferred with Plaintiff's counsel of record in this case regarding the above and foregoing instrument and,

_X_ opposing parties in not opposed to the filing of said motion;

_X_ all parties are in agreement with Defendant's requests for extension of the deadlines;

____ opposing counsel is in opposition to said motion;

____ numerous attempts have been made to contact opposing counsel with no results.

_____
Tina Brumbelow