IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM FOSTER, Individually and on behalf of all others similarly situated, Plaintiffs, | § § § § § | |
| | § | CIVIL ACTION NO. B-02-196 |
| vs. | § § § | |
| CHECK ALERT SYSTEMS, INC. Defendant | § § | JURY DEMANDED |

## ORDER

On this day the Court considered Defendant Check Alert Systems, Inc.'s ("Check Alert") Agreed Motion for Extension of Defendant's Class Certification Response and the Parties' Additional Class Discovery Deadline ("Motion"). The Court finds that the said Motion should be granted.

IT IS THEREFORE ORDERED that Defendant Check Alert has an additional seven (7) days to respond to class certification, up to and including March 15, 2004, and the parties have an additional seven (7) days to conduct additional class discovery, if any, up to and including April 9, 2004, in the instant case.

Signed this 5th day of March, 2004.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND SUBSTANCE:

_____
Keith Wier; TBN: 21436100
Tina Brumbelow; TBN: 24031890
Daw & Ray, P.C.
Coastal Banc Plaza
5718 Westheimer, Suite 1750
(713) 266-3121
Fax: (713) 266-3188

6