United States District Court
Southern District of Texas
FILED

MAR 2 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| WILLIAM FOSTER, Individually and on behalf of all others similarly situated, § § § § | |
| Plaintiffs, § | CIVIL ACTION NO. B-02-196 |
| vs. § § § | |
| CHECK ALERT SYSTEMS, INC. § § | |
| Defendant § | JURY DEMANDED |

### DEFENDANT'S REQUEST FOR ORAL HEARING
### ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

COMES NOW, Defendant, Check Alert Systems, Inc., and files this its Request for Oral Hearing on Plaintiff's Motion for Class Certification, and would show the Court the following:

Defendant requests this Court for an oral hearing because this Court will be benefitted if counsel for both sides are allowed to present oral argument. Further, due to the unique circumstances that surround this case at present, Defendant should be allowed to present its argument to this Court.

WHEREFORE, PREMISES CONSIDERED, Defendant, Check Alert Systems, Inc. respectfully requests this Court to allow oral argument on Plaintiff's Motion for Class Certification at the earliest date available on the Court's docket.

Respectfully submitted,
DAW & RAY, P.C.

By: _____
Keith Wier; TBN: 21436100
Tina Brumbelow; TBN: 24031980

Coastal Banc Plaza
5718 Westheimer, Suite 1750
Houston, Texas 77057
(713) 266-3121
(713) 266-3188 *facsimile*

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record and/or parties pursuant to the Federal Rules of Civil Procedure on this the 17th day of March, 2004.

Stephen Gardner, Esq.; SBN #07660600
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Suite 560
Dallas, TX 75206
(214) 800-2830
(214) 800-2834 Facsimile

John Ventura; SBN #20545700
Conrad Bodden; SBN #00796220
Daniel Whitworth; SBN #24008275
Richard A. Mlynek
Law Offices of John Ventura, P.C.
62 E. Price Road
Brownsville, Texas 78521

Tina Brumbelow