# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

### NOTICE OF HEARING

MAR 26 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| WILLIAM FOSTER | § |
| | § |
| VS. | § CIVIL ACTION NO. B-02-196 |
| | § |
| CHECK ALERT SYSTEMS, INC. | § |

TYPE OF CASE:     **X** CIVIL                              ___ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING: **HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:

UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS

ROOM NO.:

THIRD FLOOR COURTROOM, #6
BEFORE JUDGE ANDREW S. HANEN

DATE AND TIME: APRIL 6, 2004 @ 9:00 AM


Michael N. Milby, Clerk

BY: _/s/ Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE: March 26, 2004

TO: Keith Wier/Tina Brumbelow
    Stephen Gardner
    John Ventura