United States District Court
Southern District of Texas
FILED

MAR 2 9 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM FOSTER<br>Individually and on behalf of all<br>others similarly situated | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § § | CIVIL ACTION NO. B-02-196 |
| CHECK ALERT SYSTEMS, INC. | § § § | |
| Defendant. | § | JURY DEMANDED |

## VACATION NOTICE

Stephen Gardner, lead counsel for plaintiffs and the class, will be on a combination of family vacation and business travel June 19-July 3 and July 8-15. Therefore, Gardner requests that the Court set no matters from June 19-July 16, 2004, and that the parties schedule no other matters during that period.

> Stephen Gardner
> Federal ID No. 16111
> State Bar No. 07660600
> Law Office of Stephen Gardner, PC
> 6060 North Central Expy., Ste. 560
> Dallas, Texas 75206
> Telephone: (214) 800-2830
> Telecopier: (214) 800-2834
>
> Counsel for Plaintiff and the Class
>
> _____
> Stephen Gardner

**Vacation Notice, page 1**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was served on all counsel of record, in compliance with the Federal Rules of Civil Procedure, on _March 26_, 2004.

_____
Stephen Gardner