# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

APR 3 0 2004

### NOTICE OF HEARING

Michael N. Milby
Clerk of Court

WILLIAM FOSTER §
§
VS. § CIVIL ACTION NO.  B-02-196
§
CHECK ALERT SYSTEMS, INC. §

TYPE OF CASE:      __X__  CIVIL                    ____  CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:  **HEARING ON PLAINTIFF'S  MOTION FOR CLASS CERTIFICATION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS.
PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**          **THIRD FLOOR COURTROOM,  #6**
**600 E. HARRISON STREET**                               **BEFORE JUDGE ANDREW S. HANEN**
**BROWNSVILLE, TEXAS**

**DATE AND TIME: May 10, 2004 @ 1:30 PM**

**Michael N. Milby, Clerk**

BY: *Irma A. Soto*
Irma A. Soto,  Deputy Clerk

DATE: April 30, 2004

TO: **Keith Wier/Tina Brumbelow**
    **Stephen Gardner**
    **John Ventura**