IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 4 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **William Foster,**<br>Individually and on behalf of all<br>others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>**Check Alert Systems, Inc.**<br><br>    Defendant. | § § § § § § § § § § § § | Civil Action B-02-196<br><br>Jury Demanded |

### Unopposed Motion to Continue Hearing on Class Certification

**To the Honorable Judge of the Court:**

Plaintiff William Foster files this unopposed motion for a short continuance of the hearing on Plaintiff's Motion for Class Certification. The hearing is currently set for May 10, 2004. Lead counsel for both parties have conflicts with that date, but are available for hearing the afternoon of May 19, 2004, or such later date as the Court may choose.

Respectfully submitted,

**John Ventura**
Federal ID No. 1646
State Bar No. 20545700
**Moises M. Salas, Jr.**
Federal ID No. 17506
State Bar No. 00786217
**Law Offices of John Ventura, PC**
62 East Price Road
Brownsville, Texas 78521
Telephone: (956) 546-9398
Telecopier: (956) 542-1478

**Stephen Gardner**
Federal ID No. 16111
State Bar No. 07660600
**Law Office of Stephen Gardner, PC**
6060 North Central Expy., Ste. 560
Dallas, Texas 75206
Telephone: (214) 800-2830
Telecopier: (214) 800-2834

Counsel for Plaintiff and the Class

By: _____
Moises M. Salas, Jr.

**Unopposed Motion to Continue Hearing on Class Certification, Page 1**

## Certificate of Conference

On May 4, 2004, Stephen Gardner conferred with Keith Wier about this motion and confirmed that it is not opposed.

_____
Moises M. Salas, Jr.

## Certificate of Service

On May 4, 2004, a true and correct copy of the foregoing was sent by United States Mail, in compliance with the Rules of Civil Procedure, to:

>Keith Wier/Tina Brumbelow
>Day & Ray
>5718 Westheimer, Ste. 1750
>Houston Texas 77057

_____
Moises M. Salas, Jr.