IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **William Foster,** Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action B-02-196 |
| **Check Alert Systems, Inc.** | § § | Jury Demanded |
| Defendant. | § § | |

### Order Continuing Hearing on Class Certification

Plaintiff's unopposed motion for continuance of the hearing on Plaintiff's Motion for Class Certification is GRANTED, and it is ORDERED that the hearing on Plaintiff's Motion for Class Certification is set for May 24, 2004, at 1:30 p.m.

SIGNED May 6, 2004.

Andrew S. Hanen
United States District Judge