THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

<u>HEARING ON CLASS CERTIFICATION</u>

United States District Court
Southern District of Texas
FILED

MAY 25 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. <u>B-02-196</u>   DATE & TIME: <u>5/24/04 @ 1:40 - 3:01</u>

COUNSEL:

<u>WILLIAM FOSTER</u>                  §   <u>John Ventura/Steve Gardner/Moises Salas</u>

VS                                   §

<u>CHECK ALERT SYSTEMS, INC.</u>       §   <u>WILLIAM KEITH WIER</u>

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Figueroa


Case called on the docket. John Ventura, Moises Salas and Steve Gardner appeared for Plaintiff. William Keith Wier appeared for the Defendant. William C. Romo Trustee also present.

Court addresses class certification motion. After arguments of counsel, Court instructs Mr. Gardner to file any additional briefing with regards to the issue of counter-claim by 6/11/04. Mr. Gardner is also to address what the bankruptcy will do and on the issue of damages. Mr. Wier to respond by 6/18/04.

Mr. Wier to file any substantive motions by 6/30/04. Mr. Gardner to respond by 7/30/04.

Court is adjourned.